**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Lawrence  Sobogun v. Velimir Rasic

Appellate case number:   01-21-00117-CV

Trial court case number:  20-CCV-067777

Trial court:                County Court at Law No. 5 of Fort Bend County

Appellant Lawrence Sobogun's appeal was dismissed on his own motion on October 28, 2021.  On November 15, 2021, appellant filed a motion for extension of time to file a motion for rehearing, which was due on November 12, 2021.  The motion did not comply with Texas Rules of Appellate Procedure 9.5(d) and 9.5(e) (requiring service of filed documents on all parties and certificate of service that states date and manner of service and name and address of each person served) or 10.5 (b) (requiring motion for extension of time to state deadline for filing motion for rehearing, length of extension sought, facts relied on to explain need for extension, and number of previous extensions granted).  *See* TEX. R. APP. P. 9.5(d), 9.5(e), 10.5(b).

The motion for extension of time is **denied**.

The Court will consider a compliant motion for extension of time filed on or before **November 29, 2021**.  *See* TEX. R. APP. P. 4.1(a).

It is so ORDERED.

Judge's signature: _____/s/ Julie Countiss_____
                              Acting individually

Date: November 16, 2021